# DAHIYA LAW OFFICES LLC
*Attorneys*

75 Maiden Lane Suite 506
New York, New York 10038
Tel: 212-766 8000   Fax: 212 766 8001
karam@legalpundit.com

March 15, 2018

VIA ECF FILING
Hon. Nancy H. Lord
Judge, United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

>Case Name: Marlene Marshalleck
>Case Number: 17-42418-nhl
>Regarding Objection to the Motion for Summary Judgement pertaining to the Note issue, Chapter 11 Plan and Disclosure.

Dear Judge Lord:

  I am the *outgoing* counsel for the debtor, Ms. Marlene Marshalleck, as she had effectively discharged the undersigned last week. Shortly thereafter I was contacted by one attorney called, Julio Portilla. I was sent a notice of substitution and I readily consented. However, the discharge was when, I was in the midst preparing the Objection to the 231 Bainbridge LLC's motion for summary judgment regarding claim processing, and as well as the separate Chapter 11 Plan and Disclosure Statement.
  I had sent a detailed message to Mr. Portilla about the status of the case and filing requirement, but unfortunately, I do not see any filing by Mr. Portilla. Today was the deadline for filing the objection to the creditor's motion. I could not have proceeded to file the objection, the Plan and Disclosure Statement, as I was discharged.
  This aforesaid is meant to apprise the parties and the court. Thank you for your consideration, Your Honor.

Yours sincerely,

/s/_____
Karamvir Dahiya