UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X Case No. 17-42418 (NHL)

In re:

**MARLENE A. MARSHALLECK**           Chapter 11

**Debtor.**
---------------------------------------------------------X

### ORDER PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF EDWARD HAROLD KING. PLLC., AS ATTORNEYS FOR THE DEBTOR

Upon the Application (the "Application") of the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), seeking entry of an order authorizing the Debtor to employ and retain the law firm of Edward Harold King, PLLC., as its attorneys; and upon the affidavit of Edward Harold King Esq., the principal of the firm of Edward Harold King, PLLC., (the "Affidavit"); and the Court being satisfied based on the representations made in the Application and Affidavit that the principal, counsel and associates of Edward Harold King, PLLC., who will be engaged in these cases represent no interest adverse to the Debtor's estate with respect to the matters upon which they are to be engaged, that they are disinterested persons as that term is defined under section 101(14) of title 11 of the United States Code (the "Bankruptcy Code"), as modified by section I I 07(b) of the Bankruptcy Code; and that Edward Harold King, PLLC., employment is necessary and would be in the best interest of the Debtor's estate; and it appearing that notice of the Application was good and sufficient under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

      ORDERED that the Application is granted; and it is further

      ORDERED that, in accordance will sections 327(a) and 1107 of the Bankruptcy Code, the Debtor is authorized to employ and retain the firm of Edward Harold King, PLLC., as its attorneys on the terms set forth in the Application and the Affidavit, effective as of the commencement ofthis case, and it is further

ORDERED, that the compensation of the firm of EDWARD HAROLD KING, PLLC., as attorney for the Debtor shall be fixed by this Court after Application and in the manner prescribed by Sections 330 and 331 of the Bankruptcy Code.

Dated: Brooklyn, New York

_____ ,2018

_____
United States Bankruptcy Judge