# DAHIYA LAW OFFICES LLC

*Attorneys*

75 Maiden Lane Suite 506
New York, New York 10013
Tel: 212-766 8000    Fax: 212 766 8001
karam@legalpundit.com

July 20, 2018

To,
Honorable Nancy H. Lord
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York

Re: 17-42418 (NHL) Marlene Marshalleck

Dear Judge Lord:

I am the counsel for the debtor, Ms. Marlene Marshalleck.  As per the instruction of this Court, I am attaching, as forwarded to me, a summary of the work done by Mr. Edward King, the proposed counsel for the state court proceeding commenced by the debtor.  Thank you for your consideration.

Yours sincerely,

/s/_____
Karamvir Dahiya