**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------X    CASE NO.**: 17-42418-nhl**

IN RE:

        Marlene Marshalleck

                  Debtor.    CHAPTER **11**

-------------------------------------------------------X

AFFIDAVIT OF SERVICE REGARDING SERVICE OF ORDER TO SHOW CAUSE DATED OCTOBER 26, 2018

It is hereby certified by the undersigned under the penalty of perjury pursuant to this Court Order Dated October 26, 2018 for service of the Order to Show Cause as well as all related annexures upon all impacted parties, those with notice of appearances, U.S. Trustee, buyer and 1031 exchange parties—all such parties have been served with an email as well as Overnight Fedex Service on October 26, 2018.

Dated: October 29, 2018

                                                                 */s/karamvir dahiya*

                                                                 Karamvir Dahiya